AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| EDUARDO SANCHEZ-FERNANDEZ, | ) | Case No. 16-8433-WM |
| a/k/a "Estuardo Hernandez-Pacheco," | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED by __ D.C.
DEC 1 2 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 8, 2016__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Illegal re-entry after deportation. |

This criminal complaint is based on these facts:

PLEASE SEE AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, Deportation Officer ICE
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/12/2016

_____
Judge's signature

City and state: West Palm Beach, Florida

William Matthewman, United States Magistrate Judge
Printed name and title

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
<u>**IMMIGRATION AND CUSTOMS ENFORCEMENT**</u>

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over thirteen years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge, as well as, information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation, but only those facts necessary to establish probable cause to believe that Eduardo SANCHEZ-FERNANDEZ, a/k/a "HERNANDEZ-PACHECO," committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about June 8, 2016, Eduardo SANCHEZ-FERNANDEZ was arrested in Palm Beach County, Florida on charge of prostitution-solicit another for lewdness assignation. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system which resulted in a positive match for an individual who had been previously removed from United States, that is Eduardo SANCHEZ-FERNANDEZ.

4. A review of the immigration alien file assigned to Eduardo SANCHEZ-FERNANDEZ shows that he is native and citizen of Guatemala. Records further show that on or about March 31, 2011, Eduardo SANCHEZ-FERNANDEZ was ordered removed from the United

States. The Order of Removal was executed on or about April 14, 2011, whereby Eduardo SANCHEZ-FERNANDEZ was removed from the United States and returned to Guatemala.

5. Border Patrol Fingerprint Expert Richard J. Abbott conducted a fingerprint comparison in this case, which confirmed that the individual encountered on or about June 8, 2016, that is, Eduardo SANCHEZ-FERNANDEZ was the same person previously removed from the United States.

6. I performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Eduardo SANCHEZ-FERNANDEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Eduardo SANCHEZ-FERNANDEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

7. Based on the foregoing, I submit that probable cause exists to believe that, on or about June 8, 2016, Eduardo SANCHEZ-FERNANDEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 12th day of December, 2016.

WILLIAM MATHEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **EDUARDO SANCHEZ-FERNANDEZ,**
a/k/a "Estuardo Hernandez-Pacheco,

**Case No.:** 16-8433-WM

Count #: 1

Illegal re-entry after deportation.

Title 8, United States Code, Section 1326(a).

**\* Max.Penalty**:        2 years imprisonment; 1 year supervised release; $250,000 fine.

\*   Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: __16-8433-WM__

UNITED STATES OF AMERICA

vs.

EDUARDO SANCHEZ-FERNANDEZ,
   a/k/a "Estuardo Hernandez-Pacheco,"

   Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
Jennifer C. Nucci
Assistant United States Attorney
Florida Bar No. 171700
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
TEL: (561) 820-8711
FAX: (561) 805-9846
Jennifer.Nucci@usdoj.gov